# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JASON NEAL LEARY, | ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CV405-175 |
| VT GRIFFIN SERVICES, | ) ) |
| Defendant. | ) ) |

## REPORT AND RECOMMENDATION

Plaintiff has filed an Application under Section 706(f) of the Civil Rights Act of 1964 and sought to proceed *in forma pauperis*. Doc. 1. On December 20, 2005, the Court denied leave to proceed *in forma pauperis* because the Court found plaintiff had sufficient resources to prepay the complete filing fee. Doc. 2. The Court ordered plaintiff to submit the filing fee within twenty days of that order. The Court also directed plaintiff to submit a formal complaint within thirty days of the order. Plaintiff has neither submitted the filing fee nor a formal complaint, indicating that he

does not wish to pursue this case. Therefore, this case should be **DISMISSED** without prejudice.

**SO REPORTED AND RECOMMENDED** this 1ST day of May, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA